UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAISY AVALOS,<br><br>    Defendant. | Case No. 16-cv-04771-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSTIVE MOTION; DENYING PLAINTIFF'S REQUEST FOR PROOF OF SERVICE OF SUMMONS**<br><br>Re: Dkt. Nos. 18, 20 |

Good cause being shown, Defendant's motion for an extension of time to file her dispositive motion is GRANTED. No later than **November 21, 2017**, Defendant must file and serve a motion for summary judgment or other dispositive motion. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendant no later than **28 days** from the date the motion is filed. Defendant **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

Plaintiff's request for proof of service of summons on Defendant is DENIED as unnecessary. Dkt. No. 18. Defendant has timely filed a waiver of reply (Dkt. No. 19), and timely filed a motion for extension of time to file her dispositive motion (Dkt. No. 20).

This order terminates Docket Nos. 18 and 20.

**IT IS SO ORDERED.**

Dated: 9/18/2017

                                                HAYWOOD S. GILLIAM, JR.
                                              United States District Judge