UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALEXANDER RIALS,

            Plaintiff,

    v.

DAISY AVALOS,

            Defendant.

Case No. 16-cv-04771-HSG

**ORDER GRANTING EXTENSION OF TIME**

Re: Dkt. No. 22

      Good cause being shown, Defendant's second motion for an extension of time to file her dispositive motion is GRANTED. Dkt. No. 22. No later than **January 22, 2018**, Defendant must file and serve a motion for summary judgment or other dispositive motion. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendant no later than **28 days** from the date the motion is filed. Defendant **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

      This order terminates Docket No. 22.

      **IT IS SO ORDERED.**

Dated:  11/21/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge