UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAISY AVALOS,<br><br>    Defendant. | Case No. 16-cv-04771-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 28 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendant's summary judgment motion is GRANTED. Dkt. No. 28. Plaintiff's opposition to the summary judgment motion shall be filed by June 11, 2018. Defendant shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: 3/23/2018

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge