UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS, <br> Plaintiff, <br> v. <br> DAISY AVALOS, <br> Defendant. | Case No. 16-cv-04771-HSG <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION** <br><br> Re: Dkt. No. 31 |

Good cause being shown, Plaintiff's second request for an extension of time to file his opposition to Defendant's summary judgment motion is GRANTED. Dkt. No. 31. By August 10, 2018, Plaintiff shall file his opposition to Defendant's summary judgment motion. Defendant shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: 7/3/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge