UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS, Plaintiff, v. DAISY AVALOS, Defendant. | Case No. 16-cv-04771-HSG **ORDER GRANTING EXTENSION OF TIME TO FILE REPLY** Re: Dkt. No. 37 |

Good cause being shown, Defendant Avalos's request for an extension of time to file her reply in support of her summary judgment motion is GRANTED. Defendant Avalos shall file her reply brief by September 18, 2018. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 37.

**IT IS SO ORDERED.**

Dated: 9/5/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge