UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAISY AVALOS,<br><br>　　　　Defendant. | Case No. 16-cv-04771-HSG<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, the Clerk of the Court shall enter judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 9/28/2018

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge